1  Nancy Curry
   Chapter 13 Trustee
2  606 S. Olive Street, Suite 950
   Los Angeles, CA  90014
3  (213) 689-3014   FAX (213) 689-3055

4

5              UNITED STATES BANKRUPTCY COURT
               CENTRAL DISTRICT OF CALIFORNIA
6

7  In re:                          ) Case No.: 2:08-bk-12791-VK
                                   )
8     Rector, Sean Allen           ) TRUSTEE'S NOTICE OF
                                   ) UNCLAIMED DIVIDEND
9                                  ) (Bankruptcy Rule 3011)
                                   )
10                                 )
                                   )
11

12  TO THE CLERK OF THE ABOVE-ENTITLED COURT:

13  Please find annexed hereto Check No. 619818 in the sum of

14  $9.03 representing the total amount of unclaimed dividend in the

15  above-entitled debtor's estate.  The check was not deliverable

16  at the address of record.  The Trustee, after due diligence, has

17  not been able to locate the payee.  Said sum is paid over to you

18  pursuant to Bankruptcy Rule 3011.  The record reflects the name

19  and address of the party entitled to said unclaimed dividend to

20  be:

21              Rector, Sean Allen
                419 N. Larchmont Blvd., #200
22              Los Angeles, CA  90004

23

24  Date:  03/09/10                            _____
25                                                  NANCY CURRY

NOTICE OF UNCLAIMED DIVIDEND (Bankruptcy Rule 3011)

- 1 -

Nancy Curry Chapter 13 Trustee                                                           Check No. 619818
Pay to: 50093000  U.S. BANKRUPCTY COURT
Please notify us of any changes to your claim (e.g. account number, address, claim assignment)

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| 0718414-VK | 999-0 | DENNY, CLIFFORD PAUL | | 0.00 | 7.12 | 0.00 | 7.12 |
| 0811653-VK | 999-0 | MATTINA, DAVID A. | | 0.00 | 7.65 | 0.00 | 7.65 |
| 0812791-VK | 999-0 | RECTOR, SEAN ALLEN | | 0.00 | 9.03 | 0.00 | 9.03 |



No. 619818
VOID AFTER May 27, 2010

⑈619818⑈ ⑆061100790⑆ 000000575200⑈